PERRY J. FULLER and Another, as Executors, etc., of JENNIE G. BIDDULPH, Deceased, Plaintiffs, v. CLIFFORD B. BIRKBECK, Appellant, Impleaded with SOLOMON RILEY and Others, Respondents, and Others, Defendants. (Appeal

No. 1.) — Order modified by striking out the distribution provisions of the order and providing for payment to appellant of the surplus rents accruing up to the date of appellant's conveyance, and as so modified affirmed. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.